ACCEPTED
01-15-00388
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 4:45:49 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00388-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 4:45:49 PM
CHRISTOPHER A. PRINE
Clerk

IN THE INTEREST OF
M.A.B., IV

M.A.B, JR.,
APPELLANT

VS.

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,
APPELLEE

ON APPEAL FROM THE 314TH
DISTRICT COURT OF HARRIS COUNTY, TEXAS

TRIAL COURT CAUSE NO. 2014-00044J

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF

COMES NOW, WILLIAM B. CONNOLLY, Appellate Counsel and Attorney for Appellant, M.A.B., JR., and files this his Unopposed Motion for Extension of Time to File Appellant's Brief and in support thereof would respectfully show the Court the following:

2015.06.02 UNOPPOSED MTN EXT TIME FILE BRIEF.wpd

# I.
## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

Appellant's Brief is due on June 2, 2015. Appellant's Counsel requires an additional period of time to prepare Appellant's Brief and requests this Court to grant an unopposed extension of time for him to file the Brief. In support of this Motion, Appellant's Counsel would show that he has not previously been able to adequately prepare the Brief in this cause. Appellant's Counsel would show that his office has been short staffed for the past few weeks as his legal assistant was diagnosed with a sudden onset debilitating disease and has left his employment on permanent disability. Appellant's associate attorney was also out of the office on personal leave for her wedding out of the city.

In addition, since the date the Clerk's Record was filed, Appellant's counsel has had 24 court appearances, including two (2) final trials, home visits to abused and neglected children in their placements, including one out of town visit, one mediation, several office conferences, prepared a Motion for Rehearing for a juvenile proceeding in the Fourteenth Court of Appeals and has responded to a Mandamus Petition in the First Court of Appeals.

In addition, Appellant has filed a Motion to Abate seeking a remand for an evidentiary hearing on Appellant's claim of ineffective assistance of counsel. If the Court grants the Motion, Appellant requests that the Court issue a timetable for the

hearing, the filing of the supplemental record and briefing deadlines.

No previous extensions have been requested by Appellant's counsel to file the Brief and no extensions have been granted. Appellant requests that Court grant his Unopposed Motion for Extension of Time to File Appellant's Brief and that the Brief due date be included in the Order related to Appellant's Motion to Abate Appeal.

## II.
## PRAYER

WHEREFORE PREMISES CONSIDERED, Appellant prays that this Court grant this Unopposed Motion for Extension of Time to File Appellant's Brief. Appellant prays for general relief.

Respectfully submitted,

CONNOLLY & SHIREMAN, LLP

/s/William B. Connolly
William B. Connolly
State Bar No. 04702400
2930 Revere, Suite 300
Houston, Texas 77098
Telephone (713) 520-5757
Facsimile (713) 520-6644
wbc@conlawfirm.com

ATTORNEY FOR M.A.B., JR.

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties — which are listed below — about the merits of this Motion with the following results:

Sandra Hachem, Attorney for TDFPS:

☐     opposes motion
X     does not oppose motion
☐     agrees with motion
☐     would not say whether motion is opposed
☐     did not return my message regarding the motion

/s/William B. Connolly
William B. Connolly


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Appellant's Brief was forwarded to:

Sandra Hachem, Assisstant County Attorney, 1019 Congress, 17th Floor, Houston, Texas 77002 – *via facsimile (713) 437-4700 and e-mail Sandra.Hachem@cao.hctx.net*;

on this the __2nd__ day of June, 2015.

/s/William B. Connolly
William B. Connolly